# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

GUYNELL WRIGHT,

    Plaintiff,

v.                    CASE NUMBER: 5:10-CV-661 (GTS/TWD)

CITY OF SYRACUSE,
JEFFREY T. WRIGHT, ANDREW
NOLAN, DONALD THOMPSON,
ROBERT CALKIN, JOHN DOE(S),
JANE DOE(S), JOHN M. O'CONNOR, III,
and THOMAS SIMONE,

    Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Defendants' motion for summary judgment (dkt. no. 95) is GRANTED. It is further ORDERED that Plaintiff's claims are dismissed with prejudice.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 31st day of March, 2014.

DATED: March 31, 2014

_____
Clerk of Court

By: s/ Nicole Killius
_____
Deputy Clerk